# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Farad Wynn  Cr.: 18-00226-001
PACTS #: 4190743

Name of Sentencing Judicial Officer:  THE HONORABLE KATHARINE S. HAYDEN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/27/2018

Original Offense:   Count One: Possession of a Firearm by a Convicted Felon 18 U.S.C. Section 922(g)(1)

Original Sentence: 40 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Gang Associate/Member, Gang Restriction Court Ordered, Support Dependents

Type of Supervision: Supervised Release  Date Supervision Commenced: 06/12/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 25, 2021, Mr. Wynn was served with a temporary restraining order. The restraining order alleges that he threatened the mother of his child and called her derogatory names over the phone. It also alleged that he went to his child's maternal grandmother's house unannounced, had a stranger knock on her door and hand her two money orders made out to his daughter's grandmother. |

U.S. Probation Officer Action:
At this time, no Court action is requested. The matter remains pending in Atlantic County Family Court. A court date is scheduled for June 19, 2021.

Prob 12A – page 2
Farad Wynn

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erika M. Arnone*

By: ERIKA M. ARNONE
U.S. Probation Officer

/ ema

APPROVED:

*Kevin P. Egli*                    05/14/21
_____
LUIS R. GONZALEZ           Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

s/Katharine S. Hayden
_____
Signature of Judicial Officer

5/17/2021
_____
Date