PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Farad Wynn      Cr.: 18-00226-001
                                                                                                                                         PACTS #: 4190743

Name of Sentencing Judicial Officer:     THE HONORABLE KATHARINE S. HAYDEN
                                                                             SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/27/2018

Original Offense:     Count One: Possession of a Firearm by a Convicted Felon, 18 U.S.C. Section 922(g)(1)

Original Sentence: 40 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Gang Associate/Member, Gang Restriction Court Ordered, Support Dependents

Type of Supervision: Supervised Release                   Date Supervision Commenced: 06/12/2020

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On May 28, 2022, Mr. Wynn was stopped by officers from the Newark Police Department and was issued a ticket for driving while suspended. He reported this law enforcement contact and the resulting ticket to this officer. |

U.S. Probation Officer Action:
No Court action is requested at this time. Mr. Wynn stated that he plans to work on resolving the ticket and having his license restored. This officer encouraged him to work with the NJ Re-Entry Corporation in Essex County to assist him with having his license restored after resolving the ticket.

                                                                                 Respectfully submitted,

                                                                                 SUSAN M. SMALLEY, Chief
                                                                                 U.S. Probation Officer

                                                                                 *Erika Arnone/SGM*

                                                                       By:     ERIKA M. ARNONE
                                                                               U.S. Probation Officer

/ ema

Prob 12A – page 2
Farad Wynn

APPROVED:

*Suzanne Golda-Martinez*          *06/03/2022*
SUZANNE GOLDA-MARTINEZ                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

s/Katharine S. Hayden
Signature of Judicial Officer

6/6/2022
Date